**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Bryan Eugene CLARK, Defendant–
Appellant.**

No. 01–6354.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Bryan Eugene Clark, Appellant Pro Se. C. Nicks Williams, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Bryan Eugene Clark appeals the district court's order denying his motion to amend his 28 U.S.C.A. § 2255 (West Supp.2001) motion. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The

order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*